January 18, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF D.L, Appellant

NO. 14-17-00058-CV

_____

This cause, an appeal from the judgment in favor of appellee, the State of Texas, signed November 8, 2016, was heard on the transcript of the record. We have inspected the record and find the evidence was legally insufficient to support the trial court's adjudication that appellant, D.L., engaged in delinquent conduct. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the State's petition for adjudication of delinquency be dismissed.

We further order that all costs incurred by reason of this appeal be paid by appellee, the State of Texas.

We further order this decision certified below for observance.